**Order filed August 8, 2017**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-17-00356-CV
_____

### DONALD E KILPATRICK, Appellant

### V.

### NOBLE CAPITAL SERVICING LLC, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1088694**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for County Civil Court at Law No. 3 informed this court that appellant has not made arrangements to pay for the reporter's record. On June 21, 2017, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that he had requested the record and paid or made arrangements to pay for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal by **September 7, 2017**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM